UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ROBERT JOHN UPSHALL,                          No. 11-14543

                              Debtor(s).
_____/

CORY DEBARI,

                              Plaintiff(s),

           v.                              A.P. No. 12-1054

ROBERT JOHN UPSHALL,

                              Defendant(s).
_____/

Memorandum on Motion for Summary Judgment
_____

     The declaration of Mike Mcguire creates a triable issue of material fact as to whether debtor Robert Upshall acted willfully and maliciously when he kicked plaintiff Cory Debari. Accordingly, McGuire's motion for summary judgment will be denied. Any party may submit an appropriate form

of order.

Dated: January 7, 2013

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

2